**SO ORDERED.**

Dated: May 19, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| VALERIE M. VALFRE | |
| Debtor. | No: 2-08-bk-10088-RTB |
| WELLS FARGO FINANCIAL, INC., | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| v. | |
| VALERIE M. VALFRE and S. WILLIAM MANERA, Trustee, | |
| Respondent. | |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL, INC., to lift the automatic stay with respect to the Estate and to the Debtor's interest in the real property described in the Deed of Trust attached to Motion; respectively; that the Debtor has defaulted in her installment payments and cause exists for lifting the automatic stay; that the Debtor has been unable to afford Movant adequate protection for its

48137-90948/RMH/JMC2/796942_v1

interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtor's interest in the property described, to wit:

> LOT 149, OF VINEYARD HILS ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 601 OF MAPS, PAGE 18.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed
this 15th day of April, 2010, to:

VALERIE M. VALFRE
719 W. Saint Kateri Dr.
Phoenix, AZ 85041

DEAN WILLIAM O'CONNOR
1430 E. Missouri Ave. #B-125
Phoenix, AZ 85014

S. WILLIAM MANERA
P.O. Box 44350
Phoenix, AZ 85064-4350

 s/ Jeanette Chavez

2

48137-90948/RMH/JMC2/796942_v1